ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA 94104
Telephone: (415) 392-5431

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA FLOOR COVERING, et al., <br><br> Plaintiff, <br><br> vs. <br><br> CONCRETE SURFACE MASTERS, a California corporation <br><br> Defendant. | NO. C 07 4133 EMC <br><br> CONSENT TO JURISDICTION BY A UNITED STATES <u>MAGISTRATE JUDGE</u> |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28 U.S.C., Section 636 (c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the North Circuit.

Date: <u>11/8/07</u>

_____
Signature

Counsel for <u>Plaintiff(s)</u>

<u>CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE</u>
1