1   ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
2   MICHAEL J. CARROLL (St. Bar #50246)
    220 Montgomery Street, Suite 303
3   San Francisco, CA  94104
    Telephone:  (415) 392-5431
4
    Attorneys for Plaintiff
5

6

7

8                       UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10

11

12  BOARD OF TRUSTEE OF THE NORTHERN     )      NO.  C 07 4133 EMC
    CALIFORNIA FLOOR COVERING, et al,    )
13                                       )      EX PARTE APPLICATION FOR
                        Plaintiff,       )      ORDER TO CONTINUE CASE
14                                       )      MANAGEMENT CONFERENCE
               vs.                       )
15                                       )
    CONCRETE SURFACE MASTERS, a          )
16  California corporation               )
                                         )
17                                       )
                        Defendant.       )
18  _____)

19          Plaintiff, BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA

20  FLOOR COVERING INDUSTRY WELFARE FUND; STEVE HAVENS, TRUSTEE, hereby

21  applies ex parte for an order to continue the Case Management

22  Conference from November 14, 2007 to January 16, 2008.

23      This ex parte application is based upon the Declaration of

24  Attorney Michael J. Carroll filed herewith.

25          Dated:   November 8, 2007

26                                  Respectfully submitted,
                                    ERSKINE & TULLEY
27
                                    By:/s/ Michael J. Carroll
28                                      Michael J. Carroll
                                        Attorneys for Plaintiff

    EX PARTE APPLCTN FOR ORDER TO CONTINUE CASE MGMT CONFERENCE      1