1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiffs
5

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11
   BOARD OF TRUSTEES OF THE NORTHEN    )    NO.  C 07 4133 EMC
12 CALIFORNIA FLOOR COVERING INDUSTRY  )
   WELFARE FUND; STEVE HAVENS, TRUSTEE,)    ORDER TO CONTINUE CASE
13                                     )    MANAGEMENT CONFERENCE
                                       )
14                  Plaintiffs,        )
                                       )
15        vs.                          )
                                       )
16 CONCRETE SURFACE MASTERS, a         )
   California corporation              )
17                                     )
                                       )
18                  Defendant.         )
19 _____)

20        IT IS ORDERED that the Case Management Conference in this

21 case set for November 7, 2007 be continued to January 16, 2008 at 1:30

22 p.m. in Courtroom C, 15th Floor, 450 Golden Gate Avenue, San

23 Francisco, CA.

24 Dated:_____          _____
            November 8, 2007
25                                  Honorable Edward M. Chen

26

27

28

   ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE