ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF THE NORTHERN ) NO. C 07 4133 EMC
CALIFORNIA FLOOR COVERING INDUSTRY )
WELFARE FUND; STEVE HAVENS, TRUSTEE)
                                   )
            Plaintiff,             )
                                   )
    vs.                            )
                                   ) PROOF OF SERVICE
CONCRETE SURFACE MASTERS, a        )
California corporation             )
                                   )
            Defendant.             )
_____)

I, SHARON EASTMAN, declare:

That I was at the time of service of the document herein referred to over the age of eighteen years and not a party to the within action. On November 27, 2007 I served a copy of the court's "CLERK'S NOTICE RESCHEDULING CASE MANAGEMENT CONFERENCE DATED 11/8/07 DOCUMENT 7" on the defendant by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post office mail box at San Francisco, California addressed as follows:

PROOF OF SERVICE
1

Tom Anthony
Concrete Surface Masters
1435 Koll Circle #107
San Jose, CA 95112

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 27, 2007 at San Francisco, California.

_Sharon Eastman_

```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHEN CALIFORNIA FLOOR COVERING INDUSTRY WELFARE FUND; STEVE HAVENS, TRUSTEE,<br><br>Plaintiffs,<br><br>vs.<br><br>CONCRETE SURFACE MASTERS, a California corporation<br><br>Defendant. | NO.  C 07 4133 EMC<br><br>ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

IT IS ORDERED that the Case Management Conference in this case set for November 7, 2007 be continued to January 16, 2008 at 1:30 p.m. in Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA.

Dated: November 8, 2007

Honorable Edward M. Chen

*IT IS SO ORDERED*
*Judge Edward M. Chen*

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE