1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiff
5

6

7

8                 UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11

12 BOARD OF TRUSTEE OF THE NORTHERN      )    NO.  C 07 4133 EMC
   CALIFORNIA FLOOR COVERING, et al,     )
13                                        )    EX PARTE APPLICATION FOR
                        Plaintiff,        )    ORDER TO CONTINUE CASE
14                                        )    MANAGEMENT CONFERENCE
            vs.                           )
15                                        )
   CONCRETE SURFACE MASTERS, etc.         )
16                                        )
                                          )
17                      Defendant.        )
18 _____ )

19         Plaintiff, BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA

20 FLOOR COVERING INDUSTRY WELFARE FUND; STEVE HAVENS, TRUSTEE, hereby

21 applies ex parte for an order to continue the Case Management

22 Conference from January 16, 2008 to February 27, 2008.

23      This ex parte application is based upon the Declaration of

24 Attorney Michael J. Carroll filed herewith.

25         Dated:  January 8, 2008

26                                  Respectfully submitted,
                                    ERSKINE & TULLEY
27
                                    By:/s/ Michael J. Carroll
28                                      Michael J. Carroll
                                        Attorneys for Plaintiff

   EX PARTE APPLCTN FOR ORDER TO CONTINUE CASE MGMT CONFERENCE      1