```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEE OF THE NORTHERN CALIFORNIA FLOOR COVERING, et al.<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>CONCRETE SURFACE MASTERS, etc.<br><br>　　　　　　Defendant. | NO.  C 07 4133 EMC<br><br>DECLARATION OF ATTORNEY MICHAEL J. CARROLL IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

I, MICHAEL J. CARROLL, certify:

1.  I am an attorney with the law firm of Erskine & Tulley, A Professional Corporation, attorneys for plaintiff, BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA FLOOR COVERING INDUSTRY WELFARE FUND; STEVE HAVENS, TRUSTEE, in this action.  I am duly admitted to practice law in the United States District Court, Northern District of California.  If called as a witness, I could and would competently testify as follows:

2.  Service was accomplished upon the only party in this case on September 21, 2007.  No responsive pleading was filed.

3.  Substantial payments were just received in the amount of $25,000.00 and plaintiffs are awaiting an allocation from the

1 client.

2     4. It is requested that the Court continue the Case
3 Management Conference 30 days, to February 27, 2008, to provide time
4 to see if we can settle by ourselves.

5     5. Good cause exists to grant plaintiff's request for a
6 continuance of the Case Management Conference currently set for
7 January 16, 2008 to February 27, 2008.

8     I declare under penalty of perjury that the foregoing is
9 true and correct to the best of my knowledge.

10     Executed on January 8, 2008 at San Francisco, California.

11
12                                               /s/ Michael J. Carroll
                                                 Michael J. Carroll

PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within above entitled action; my business address is 220 Montgomery Street, Suite 303, San Francisco, CA 94104. On January 8, 2008 I served the within DECLARATION OF ATTORNEY MICHAEL J. CARROLL IN SUPPORT OF EX PARTE APPLICATION FOR ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE on the defendant in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post office mail box at San Francisco, CA, addressed as follows:

Tom Anthony
Concrete Surface Masters
1435 Koll Circle #107
San Jose, CA 95112

I, SHARON EASTMAN, certify (or declare), under penalty of perjury that the foregoing is true and correct.

Executed on January 8, 2008 at San Francisco, CA.

/s/Sharon Eastman
Sharon Eastman