1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiffs
5

6

7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

11

12 BOARD OF TRUSTEES OF THE NORTHEN    )    NO.  C 07 4133 EMC
   CALIFORNIA FLOOR COVERING, et al.   )
13                                     )    ORDER TO CONTINUE CASE
                                       )    MANAGEMENT CONFERENCE
14                                     )
                    Plaintiffs,        )
15                                     )
            vs.                        )
16                                     )
   CONCRETE SURFACE MASTERS, etc.      )
17                                     )
                                       )
18                  Defendant.         )
   _____)
19

20          IT IS ORDERED that the Case Management Conference in this

21 case set for January 16, 2008 be continued to February 27, 2008 at

22 1:30 p.m. in Courtroom C, 15th Floor, 450 Golden Gate Avenue, San

23 Francisco, CA.

24 Dated:_____         _____
                                    Honorable Edward M. Chen
25

26

27

28

   ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE