1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiffs
5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11

12 BOARD OF TRUSTEES OF THE NORTHEN   )   NO.  C 07 4133 EMC
   CALIFORNIA FLOOR COVERING, et al.  )
13                                    )   ORDER TO CONTINUE CASE
                                      )   MANAGEMENT CONFERENCE
14                                    )
                 Plaintiffs,          )
15                                    )
         vs.                          )
16                                    )
   CONCRETE SURFACE MASTERS, etc.     )
17                                    )
                                      )
18               Defendant.           )
   _____)
19

20         IT IS ORDERED that the Case Management Conference in this

21 case set for January 16, 2008 be continued to February 27, 2008 at

22 1:30 p.m. in Courtroom C, 15th Floor, 450 Golden Gate Avenue, San

23 Francisco, CA.

24 Dated: January 9, 2008                  _____
                                           Honorable Edward M. Chen
25
                                           IT IS SO ORDERED
26                                         Judge Edward M. Chen

27

28

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE