1   ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
2   MICHAEL J. CARROLL (St. Bar #50246)
    220 Montgomery Street, Suite 303
3   San Francisco, CA  94104
    Telephone:  (415) 392-5431
4
    Attorneys for Plaintiffs
5

6

7

8                  UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11  BOARD OF TRUSTEES OF THE NORTHERN  )     NO.  C 07 4133 EMC
    CALIFORNIA FLOOR COVERING, et al., )
12                                     )     ORDER TO CONTINUE CASE
                        Plaintiffs,    )     MANAGEMENT CONFERENCE
13                                     )
                vs.                    )
14                                     )
                                       )
15  CONCRETE SURFACE MASTERS, etc.     )
                                       )
16                                     )
                        Defendant.     )
17  _____)

18          IT IS ORDERED that the Case Management Conference in this

19  case set for February 27, 2008 be continued to March 19, 2008 at 1:30

20  p.m.  in  Courtroom  C,  15th  Floor,  450  Golden  Gate  Avenue,  San

21  Francisco, CA.

22  Dated:_____          _____
                                      Honorable Edward M. Chen
23

24

25

26

27

28

    ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE