ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA FLOOR COVERING, et al., | ) ) ) ) ) ) ) ) ) ) ) ) ) | NO.  C 07 4133 EMC |
| Plaintiffs, | | ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |
| vs. | | |
| CONCRETE SURFACE MASTERS, etc. | | |
| Defendant. | | |

IT IS ORDERED that the Case Management Conference in this case set for February 27, 2008 be continued to March 19, 2008 at 1:30 p.m. in Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA. A Joint CMC Statement shall be filed by March 12, 2008.

Dated:_____    February 22, 2008

_____
Honorable Edward M. Chen

IT IS SO ORDERED
MODIFIED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE