1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   ROBERT P. GATES (St. Bar #45210)
3  220 Montgomery Street, Suite 600
   San Francisco, CA  94104
4  Telephone:  (415) 392-5431

5  Attorneys for Plaintiffs

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 BOARD OF TRUSTEES OF THE NORTHERN  )   NO. C 07 4133 EMC
   CALIFORNIA FLOOR COVERING, et al., )
12                                    )
                    Plaintiffs,       )
13                                    )
        vs.                           )   REQUEST FOR CONDITIONAL
14                                    )   DISMISSAL; ORDER
   CONCRETE SURFACE MASTERS, etc.,    )
15                                    )
                    Defendant.        )
16 _____)

17          The parties having settled this case without the necessity
18 of the entry of a default judgment, but defendant needing a monthly
19 installment payment plan of eight months to retire the obligation, it
20 is requesting that the court enter a 250 day conditional dismissal
21 with the case to be returned to the civil active list if any payments
22 are missed and plaintiffs file a declaration to that effect within the
23 250 day period.
24 Dated: March 5, 2008            ERSKINE & TULLEY
25
                                   By:/s/Michael J. Carroll
26                                    Michael J. Carroll
                                      Attorneys for Plaintiffs
27
28

                    REQUEST FOR CONDITIONAL DISMISSAL; ORDER
                                       1

<u>O R D E R</u>

IT IS ORDERED that a conditional 60 day dismissal of the case be entered.

Dated: March 7, 2008
_____   _____
                            Honorable Edward M. Chen

IT IS SO ORDERED
Judge Edward M. Chen