1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   ROBERT P. GATES (St. Bar #45210)
3  220 Montgomery Street, Suite 600
   San Francisco, CA  94104
4  Telephone:  (415) 392-5431

5  Attorneys for Plaintiffs

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

11 BOARD OF TRUSTEES OF THE NORTHERN  )   NO. C 07 4133 EMC
   CALIFORNIA FLOOR COVERING, et al., )
12                                    )
                    Plaintiffs,       )
13                                    )   AMENDED
              vs.                     )   REQUEST FOR CONDITIONAL
14                                    )   DISMISSAL; ORDER
   CONCRETE SURFACE MASTERS, etc.,    )
15                                    )
                    Defendant.        )
16 _____)

17        The parties having settled this case without the necessity
18 of the entry of a default judgment, but defendant needing a monthly
19 installment payment plan of eight months to retire the obligation, it
20 is requesting that the court enter a 250 day conditional dismissal
21 with the case to be returned to the civil active list if any payments
22 are missed and plaintiffs file a declaration to that effect within the
23 250 day period.

24 Dated: March 10, 2008         ERSKINE & TULLEY

                                 By:/s/Michael J. Carroll
26                                  Michael J. Carroll
                                    Attorneys for Plaintiffs

           AMENDED REQUEST FOR CONDITIONAL DISMISSAL; ORDER
                                 1

O R D E R

IT IS ORDERED that a conditional 250 day dismissal of the case be entered.

Dated:_____        _____
                                   Honorable Edward M. Chen

AMENDED REQUEST FOR CONDITIONAL DISMISSAL; ORDER
2