1  MURIEL KAPLAN (St. Bar #124607)
   SALTZMAN & JOHNSON
2  44 Montgomery Street, Suite 2110
   San Francisco, CA  94104
3  Tel: (415) 882-7900
   Fax: (415) 882-9287
4  Email mkaplan@sjlawcorp.com

5  Attorneys for Plaintiff

6

7

8

9                    UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11

12

13

14 BOARD OF TRUSTEES OF THE NORTHERN  )    NO. C 07 4133 EMC
   CALIFORNIA FLOOR, et al.,          )
15                                     )
                                       )
16                 Plaintiffs,         )
          vs.                          )    SUBSTITUTION OF ATTORNEY
17                                     )
                                       )
18 CONCRETE SURFACE MASTERS, etc.      )
                                       )
19                                     )
                   Defendant.          )
20 _____ )

21      TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORDS, please

22 take  notice  that  Plaintiffs  BOARD  OF  TRUSTEES  OF  THE  NORTHERN

23 CALIFORNIA  FLOOR  COVERING  INDUSTRY  WELFARE  FUND;  STEVE  HAVENS,

24 TRUSTEE, hereby makes the following substitution of attorneys:

25 Former Attorneys:
   ERSKINE & TULLEY
26 A PROFESSIONAL CORPORATION
   MICHAEL J. CARROLL (St. Bar #50246)
27 220 Montgomery Street, Suite 303
   San Francisco, CA  94104
28

                    SUBSTITUTION OF ATTORNEY
                              1

1  should be removed and, consequently, should no longer receive notice

2  of e-Filings.

3  Plaintiffs' new co-counsel of record will be:

4  MURIEL KAPLAN, (St. Bar #124607)
   SALTZMAN & JOHNSON
5  44 Montgomery Street, Suite 2110
   San Francisco, CA  94104
6  Tel: (415) 882-7900
   Fax: (415) 882-9287
7  Email mkaplan@sjlawcorp.com

8  The following attorneys consent to this substitution:

9  Dated: June 4, 2008                    ERSKINE & TULLEY
                                          A PROFESSIONAL CORPORATION
10

11                                        MICHAEL J. CARROLL

12                                        Former Attorneys for Plaintiffs
                                          Board of Trustees, et al.
13

14  Dated: 6/9/08                         SALTZMAN & JOHNSON

15

16                                        MURIEL KAPLAN

17                                        New Attorneys for Plaintiffs
                                          Board of Trustees, et al.
18

19                                        Board of Trustees,
                                          Northern California Floor Covering
                                          Industry Welfare Fund
20

21         6/9/08                         Steve Havens, Trustee

22

23

24

25

26

27

28

## PROOF OF SERVICE
Case No.: C07-4133 EMC

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On June 12, 2008, I served the following document(s):

## SUBSTITUTION OF ATTORNEY

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

> **Dick Hodge**
> **Concrete Surface Masters**
> **1435 Koll Circle #107**
> **San Jose, California 95112**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 12th day of June, 2008, at San Francisco, California.

_____/s/_____
Vanessa de Fábrega